**Annette NAWLS; Adrian Nawls, Plaintiffs–Appellants**

v.

**SHAKOPEE MDEWAKANTON SIOUX COMMUNITY GAMING ENTERPRISE–MYSTIC LAKE CASINO, Defendant–Appellee**

**No. 16-1636**

United States Court of Appeals, Eighth Circuit.

Submitted: October 4, 2016

Filed: October 7, 2016

Annette Nawls, Pro Se

Adrian Nawls, Pro Se

Richard Alan Duncan, Faegre & Baker, Minneapolis, MN, Gregory Scott Paulson, Brodeen & Paulson, Minneapolis, MN, for Defendant–Appellee

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Annette Nawls and Adrian Nawls appeal the district court's[1] dismissal, for lack of jurisdiction, of their employment discrimination claim against an Indian tribal enti-

---

1. The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

ty. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

A de novo review of the record reveals no reversible error. *See Riley v. United States*, 486 F.3d 1030, 1031 (8th Cir. 2007) (de novo review of district court's decision to dismiss complaint for lack of subject matter jurisdiction).

The judgment is affirmed. *See* 8th Cir. R. 47B.